UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA         :

       Plaintiff,                     Criminal No. 08-36-01

   v.                                  :

ROBERT LARSEN                              **O R D E R**

       Defendant.           :


This matter having come before the Court by way of a letter request by the defendant for early termination of supervised release;

It is on this **9th** day of **September, 2011** hereby ORDERED that if defendant remains in compliance with the conditions of his supervised release, supervised release be terminated on January 1, 2012.

_____
SUSAN D. WIGENTON
United States District Judge